# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-13-00500-CV

**William Earl Sheridan, Appellant**

**v.**

**Angelia Harrington, Appellee**

### FROM THE DISTRICT COURT OF TRAVIS COUNTY, 201ST JUDICIAL DISTRICT
### NO. D-1-FM-05-000021, HONORABLE TIM SULAK, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

After William Earl Sheridan, acting pro se, failed to timely file his appellant's brief, the clerk of this Court wrote him advising that his brief was overdue and that if he did not file his brief or otherwise respond by March 10, 2014, his appeal would be subject to dismissal for want of prosecution. On March 11, 2014, Sheridan filed a motion requesting a 30-day extension of time to file his brief. Sheridan's motion was rejected because it lacked a proper certificate of service. The clerk of this Court again wrote Sheridan, advising him that if he did not file his brief or otherwise respond by April 7, 2014, his appeal would be subject to dismissal for want of prosecution. The April 7 deadline has passed, and Sheridan has made no response. Accordingly, we dismiss this appeal for want of prosecution. *See* Tex. R. App. P. 38.8(a); 42.3(b).

_____

Bob Pemberton, Justice

Before Chief Justice Jones, Justices Pemberton and Rose

Dismissed for Want of Prosecution

Filed:   April 18, 2014